**No. 51967.**—Dirk Uges et al. *v.* United States, protests 10064–K, etc. (New York).

Opinion by JOHNSON, J.   Certain items of the merchandise, stipulated to consist of cheese the same in all material respects as that the subject of *Dirk Uges* v. *United States* (19 Cust. Ct. 1, C. D. 1057), were held dutiable at 5 cents per pound, but not less than 25 percent ad valorem under paragraph 710, as modified by T. D. 48075.   As to other items of the merchandise, stipulated to consist of cheeses similar in all material respects to those the subject of *Scaramelli.v. United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269, the court held that an allowance of 2½ percent should be made to compensate for the weight of the inedible coverings on the outside.   The protests were sustained to this extent.

**No. 51968.**—Wm. Jameson & Co., Inc. *v.* United States, protest 81397–K (Cleveland).

Opinion by JOHNSON, J.   It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of cask No. 8 was lost in transit from the port of exportation to the port of destination due to breakage, leakage, or damage.   In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gauger's return as verified by the affidavit of the importer.   The protest was sustained to this extent.

**No. 51969.**—Argenta Products Co. *v.* United States, protests 108324–K, etc. (Portland, Maine).

Opinion by JOHNSON, J.   At the trial it was stipulated that the merchandise consists of fish scales similar in all material respects to those the subject of *United States* v. *Edward I. Petow & Son* (34 C. C. P. A. 55, C. A. D. 343).   In accordance with stipulation and following the decision cited the claim for free entry under paragraph 1677 was sustained.

**No. 51970.**—James Fina *v.* United States, protest 119068–K (Cleveland).

Opinion by JOHNSON, J.   Insamuch as the protest was not filed within the prescribed time as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.